# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Dan Howitt** ) | |
| ) | |
| **Pro se Plaintiff** ) | **1:25CV10100MPK** |
| ) | |
| **V** ) | |
| ) | |
| **CHA – Cambridge Hospital**[1] ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### LOCAL RULE 7.1 CERTIFICATION OF COUNSEL
### FOR DEFENDANT CHA

I, Teresa J. Farris, counsel for the defendant Cambridge Health Alliance ("CHA"), hereby certify pursuant to Local Rule 7.1(a)(2) that, on March 6, 2026, prior to filing this Motion to Dismiss, I attempted to confer with the *pro se* Plaintiff, Dan Howitt, via telephone in a good faith attempt to resolve or narrow the issues. The telephone number Mr. Howitt provided on the docket in this and his other federal court cases is [617-200-2000] not an active number.

On March 19, 2026, I called 857-390-0154, which number was on an email. Mr. Howitt answered, and I advised him that I represent CHA and was calling to have a mandatory conference before filing a Motion to Dismiss, and briefly told him about the primary basis for the motion was that he had previously brought the same claims in state court and judgment entered in favor of CHA. Mr. Howitt told me I was abusive and deceptive, and the call was

---

[1] Misnomer – CHA-Cambridge Hospital is a building, not the name of a legal entity.

disconnected.  He called back and inquired whether CHA was going to pursue attorney fees, said he wasn't interested in hearing more about the bases for CHA's motion, and that the judge would decide it.  We were unable to resolve any of the issues raised in CHA's Motion to Dismiss.

The Defendant,
CHA Cambridge Hospital,
By its attorneys,

*/s/ Terésa J. Farris*

_____
Vincent P. Dunn, BBO No. 551034
Terésa J. Farris, BBO No. 554655
Hamel Marcin Dunn Reardon & Shea, PC
350 Lincoln Street, Suite 1101
Hingham, MA 02043
Telephone: (617) 482-0007
Facsimile: (781) 385-7988
vdunn@hmdrslaw.com
tfarris@hmdrslaw.com

### CERTIFICATE OF SERVICE

I, Terésa J. Farris, attorney of record for the Defendant, CHA, do hereby certify that the foregoing document was electronically filed using the ECF system and was this day served via electronic mail, on the following:

Dan Howitt
dhowitt@alumni.colgate.edu

*/s/ Terésa J. Farris*
Terésa J. Farris BBO No. 554655

Dated: March 20, 2026