**UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS**

Dan Howitt (pro se),

                                    Plaintiff,                                    1:25CV10100MPK

v

Cambridge Health Alliance - Cambridge Hospital,
                                                        Defendant.

MOTION TO SEAL DEFENDANT'S ATTORNEY'S DOCUMENT 32 FOR VIOLATING FRCP  5.2

OR ALTERNATIVELY, MOTION TO ORDER DEFENDANT'S ATTORNEY TO REDACT THE PERSONAL INFORMATION

   The defendant's attorney Teresa Farris, in violation of FRCP 5.2, provided my private telephone number, and private email address, in her Document 32 filing, which are unnecessary, and which, due to the public availability of filings on the Internet, likely will result in abuse against me.  Prior to her above 3/20/26 filing, I sent her on 3/19/26 the below Exhibit 1 email asking her to contact me only at the email address in that email, and she then proceeded to provide my private email address in her filing, clearly for abusive purpose.  I ask the court if it could impound that Document 32 filing, or redact that information.  In the court's docket, I have only my below Exhibit 1 email address, and do not provide my telephone number for privacy (I entered a generic number because the efiling system requires a number).

Submitted by,

Dan Howitt, 3/23/26

Certificate Of Service: Today I served this document to the defendant's attorneys by efile.
Certificate Of Rule 7.1 Compliance:  Given the potential endamaging effect of the above I have filed this without he defendant's attorney's response.

1

**Exhibit 1**



Dan Howitt <dancambridge0@gmail.com>

## FW: 1:25CV10100MPK

**Dan Howitt** <dancambridge0@gmail.com>                                                      Thu, Mar 19, 2026 at 4:09 PM
To: "Teresa J. Farris" <tfarris@hmdrslaw.com>, Melissa Bucaria <mbucaria@rmf.harvard.edu>
Cc: Vincent Dunn <VDunn@hmdrslaw.com>, Brenda Pienkos <bpienkos@hmdrslaw.com>, Tammy Ford
<TFord@hmdrslaw.com>

Ms. Farris et al,

I'll be using this email address only.

Re my Local Rule 7.1 telephone conference with you today, I'll add that you did not discuss with me my array of other causes of action that entail compensatory and punitive damages. Also if I'm able to obtain a judgment against the defendant I feel obligated to convey it to the local and state media, and I've been in contact with the three leading Cambridge, MA media, namely the Harvard Crimson (who also covers City matters), Wicked Local, and Cambridge Day. My contact at the Boston Globe recently moved and is working in New Jersey as a journalist now, and I'm waiting for my case with them to be assigned to another journalist.

Also contrary to what you told me, the judge accepted my response to her show cause order regarding the preclusion issue that she herself raised prior to your involvement (and I told her of my superior court case to avoid my having to show cause after your motion to dismiss, or having to file a motion to reconsider), and has accepted my complaint as not being precluded by anything. What you stated that your motion to dismiss will consist of is what she already, herself, prior to your involvement, presented to me (she essentially presented me with a motion to dismiss prior to your involvement).

If you are amenable to attempting to arrive at a settlement, and if you have a monetary offer, and an offer regarding the patient termination, please apprise me by tomorrow 6pm.

Dan Howitt

[Quoted text hidden]